UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re
BRIAN K. & JANICE A. SMITH
                Debtors.                                                                                No. 07-12369-J7

REPORT TO THE COURT OF UNCLAIMED
FUNDS TO BE DEPOSITED INTO THE COURT REGISTRY

      Pursuant to 11 U.S.C. Section 341(a) and Bankruptcy rule 3011, I report to the Court that

I will deposit the total sum of $153.90 with the Clerk of the Court for transmission to the United

States Treasury. These monies represent unclaimed funds. All known names and addresses of

the entities and the amounts which they are entitled to be paid are listed here:

Chevron Bank                                                          $153.90
PO Box 5010
Concord, CA 94524-5010

                                                        *Electronically filed*
                                                        Yvette J. Gonzales
                                                        Trustee
                                                        P.O. Box 1037
                                                        Placitas, NM 87043
                                                        (505) 771-0700

THIS WILL CERTIFY that a true copy of the above was emailed to the U.S. Trustee this 5th day
of February, 2010.